IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RESULCAN DEMETGUL,

    Petitioner,

v.                                                                                          No. 26-cv-0342-KG-DLM

WARDEN CASTRO, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

    Respondents,[1]

ORDER TO ANSWER

This matter is before the Court on Petitioner Resulcan Demetgul's Petition for Writ of Habeas Corpus.  (Doc. 1) (Petition).  Also before the Court is Petitioner's Motion to Proceed *In Forma Pauperis.*  (Doc. 2) (IFP Motion).  Petitioner alleges immigrations officials previously released him on an $8000 bond, but he was re-detained without explanation or a new bond hearing.  (Doc. 1) at 9.  The Clerk's Office has electronically served Respondents - including the federal Respondents added in this Order - by Notice of Electronic Filing (NEF) using the CM/ECF system.  (Doc. 3).  The United States Attorney's Office (USAO) shall answer the

---

[1] While the form *pro se* Petition names the Warden, which is standard in non-immigration cases, the Court will add the above-mentioned parties as Respondents in this case.  *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Petition within ten (10) business days of entry of this Order. Petitioner may file an optional reply within seven (7) business days after the answer is filed. The Court will grant Petitioner's IFP Motion, which reflects he is unable to prepay the filing fee in this case. If the USAO fails to timely respond to the Petition, the Court may release Petitioner or require a bond hearing without further notice.

IT IS ORDERED:

1. The USAO shall answer the Petition within ten (10) business days of entry of this Order.

2. Petitioner may file an optional reply within seven (7) business days after the answer is filed.

3. Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2) is granted.

4. The Clerk's Office shall update CM/ECF to reflect the additional Respondents set forth above.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2